GOLDSMITH & BURNS    #85744
 Attorney At Law
Stuart D. Meyers
Attorney Bar #51150
18425 Burbank Blvd. Ste. 615
Tarzana, CA 91356-2821
(818) 708-2585  Fax: (818) 996-4537

ATTORNEYS FOR PLAINTIFFS

LODGED
CLERK, U.S. DISTRICT COURT
OCT 19 1999
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
NOV 2 1999
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
NOV 2 1999
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )    CASE NO.  A99-02119
                                )
                  Plaintiff,    )    **DEFAULT JUDGMENT**
     v.                         )
LUIS CRUZ FLORES                )
                  Defendant,    )
_____)

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from LUIS CRUZ FLORES the sum of $1,309.59 as principal, $426.96 as accrued prejudgment interest, $28.07 for penalties/administrative charges, and $206.12 for court cost, plus $330.96 attorney fees, less credits of $28.07 for a total amount of $2,301.70 plus interest from October 18, 1999, at the rate of $.30 per day to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATE: **NOV 2 1999**

SHERRI R. CARTER, CLERK COURT
U.S. District Court Central
District of California

BY:_____
        DEPUTY CLERK

°°°°° Docketed
•••°°° Mld copy Ptys
°°°°° Mld Notice Ptys
•°°°° JS-6

NOV 2 1999